**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Anthony BENNETT,**
**Defendant–Appellant.**

**No. 01–7095.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*DISMISSED.*

Charles Anthony Bennett, pro se. Sean Kittrell, Office of the United States Attorney, Charleston, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Charles Anthony Bennett noticed an appeal of the district court's denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), in which he raised claims of double jeopardy and ineffective assistance of counsel relative to his punishment for violations of 18 U.S.C. § 922(j) and 18 U.S.C. § 922(u). Bennett also claimed entitlement to credit at sentencing for time served during pretrial custody. In his informal brief, the sole issue Bennett raises is the propriety of the district court's enhancement of his sentence pursuant to USSG § 2K2.1(b)(5). Because Bennett failed to raise this claim in the district court, we decline to consider it for the first time on appeal. Accordingly, we deny a